ROLAND TELLIS (SBN 186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333/Fax: (818) 986-9698

KIRK J. WOLDEN (SBN 138902)
CLIFFORD L. CARTER (SBN 149621)
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, California 95815
Telephone: (916)567-1111/Fax: (916)567-1112

RICHARD M. GOLOMB (*Pro Hac Vice* to be filed)
KENNETH J. GRUNFELD (*Pro Hac Vice* to be filed)
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Telephone: (215)985-9177/Fax: (215)985-4169

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA *EX REL.,* MEGAN MARSHALL, INTERIM DISTRICT ATTORNEY, TRINITY COUNTY,<br><br>        Plaintiff,<br><br>   v.<br><br>DISCOVER FINANCIAL SERVICES, et al.,<br><br>        Defendants. | Case No.: 2:16-cv-00468-TLN-EFB<br>CLASS ACTION<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE AN AMENDED COMPLAINT**<br><br>Hon. Troy L. Nunley |

**WHEREAS** the Court granted Defendants' motion to dismiss on June 26, 2018 and granted Plaintiff leave to file an amended complaint within thirty days;

**WHEREAS** on June 1, 2018, Governor of California Jerry Brown appointed Trinity County District Attorney Eric Heryford as a judge of the Superior Court of California, Trinity County;

**WHEREAS** Plaintiff's counsel requests a short extension of the deadline to amend in order to allow for the appointment of the new District Attorney and time to confer with her regarding the litigation; and

**IT IS HEREBY STIPULATED AND AGREED,** subject to approval by the Court, by and among Plaintiffs The People of the State of California *Ex Rel.*, Megan Marshall, Interim District Attorney, Trinity County (hereinafter "Plaintiff") on the one side and Defendants Discover Financial Services; Discover Bank; DFS Services, L.L.C.; and American Bankers Management Company, Inc. (hereinafter "Defendants"), on the other, by and through their undersigned counsel, that Plaintiff and Defendants agreed to extend the time in which Plaintiff has to file an Amended Complaint. The deadline to file an Amended Complaint shall be up to and including September 24, 2018.

Dated: July 23, 2018

BARON & BUDD, P.C.

By: /s/Roland Tellis
    Roland Tellis

Roland Tellis (SBN 186269)
BARON & BUDD, P.C.
15910 Ventura Blvd., Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Fax: (818) 986-9698

KIRK J. WOLDEN (SBN 138902)
CLIFFORD L. CARTER (SBN 149621)
CARTER WOLDEN CURTIS, LLP
1111 Exposition Boulevard, Suite 602
Sacramento, California  95815
Telephone: (916)567-1111/Fax: (916)567-1112

RICHARD M. GOLOMB (*Pro Hac Vice* to be filed)
KENNETH J. GRUNFELD (*Pro Hac Vice* to be filed)
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania  19102
Telephone: (215)985-9177/Fax: (215)985-4169

Attorneys For Plaintiff People of the State of
California, *Ex Rel.*, Megan Marshall, Interim District
Attorney, Trinity County

Dated:  July 23, 2018         STROOCK & STROOCK & LAVAN LLP

By: /s/Julia B. Strickland

Julia B. Strickland
jstrickland@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, CA 90067

Attorneys for Defendants Discover Financial Services;
Discover Bank; DFS Services, L.L.C.

Dated:  July 23, 2018

By:  /s/Brian Patrick Perryman

Brian Patrick Perryman
bperryman@carltonfields.com
Franklin G. Burt
fburt@carltonfields.com
William Glenn Merten
gmerten@carltonfields.com
CARLTON FIELDS JORDEN BURT, PA
1025 Thomas Jefferson Street, NW, Suite 400 West
Washington, DC 20007-5208

Meredith M. Moss
mmoss@carltonfields.com
CARLTON FIELDS JORDEN BURT, LLP
2000 Avenue of the Stars
Suite 530 North Tower
Los Angeles, CA 90067-4707

Attorneys for Defendant American Bankers
Management Company, Inc.

# ORDER

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that deadline for Plaintiff to file an Amended Complaint is extended to September 24, 2018.

Dated:  August 10, 2018

_____
Troy L. Nunley
United States District Judge